IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JENNIFER FRY, | ) | |
|---|---|---|
| | ) | Case No. 4:18-cv-3145 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOANE UNIVERSITY, a non-profit corporation; INTERCHURCH MINISTRIES OF NEBRASKA, a non-profit corporation; NEBRASKA STATE SUICIDE PREVENTION COALITION, a non-profit corporation; and DONALD BELAU, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Now on this 19th day of February, 2019, this matter came before the Court on the unopposed Motion for Leave to File Amended Complaint filed by Plaintiff. The Court, being fully advised in the premises, finds that such Motion to File Amended Complaint should be granted.

IT IS THEREFORE ORDERED that:

1. The unopposed Motion for Leave to File Amended Complaint (Filing No. 27) is granted;

2. Plaintiff shall have 7 days from the date of this Order to file the Amended Complaint; and

3. Defendants shall have 21 days from the date the Amended Complaint is filed to file any responsive pleading.

BY THE COURT:

*s/ Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge