IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JENNIFER FRY,

                              Plaintiff,                          **4:18CV3145**

              vs.

                                                                  **ORDER**

DOANE UNIVERSITY, a non-profit
corporation; INTERCHURCH
MINISTRIES OF NEBRASKA, a non-
profit corporation; NEBRASKA STATE
SUICIDE PREVENTION COALITION,
a non-profit corporation; DONALD
BELAU; and NEBRASKA STATE
SUICIDE PREVENTION, AN
UNINCORPORATED ASSOCIATION,

                              Defendants.

IT IS ORDERED:

1.     The Joint Stipulation and Motion to Dismiss (Filing 89) Nebraska State
Suicide Prevention Coalition, a non-profit corporation, and Nebraska State Suicide
Prevention Coalition, an unincorporated association, is GRANTED;

2.     Defendants Nebraska State Suicide Prevention Coalition, a non-profit
corporation, and Nebraska State Suicide Prevention Coalition, an unincorporated
association, are dismissed from this case with prejudice;

3.     Costs are taxed to the parties incurring the same; and

4.     Final judgment is withheld pending resolution of Plaintiff's claims
against the remaining Defendants.

DATED this 27th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge